| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 8595853 | DATE 01/20/2026 |
|---|---|---|---|---|
| **NAME** GIBSON, Jamaryon Till | | **OFFICER** Mark T. Burchell | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 23-CR-20378-01 |

| ORIGINAL SENTENCE DATE 11/12/2024 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 17 | PHOTO |
|---|---|---|---|---|
| COMMENCED 05/30/2025 | | | | |
| EXPIRATION 05/29/2028 | | | | |

| ASST. U.S. ATTORNEY Nicholas McIntyre | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. § 922(g)(1), Felon in Possession of Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 28 months, to be followed by a 3-year term of supervised release.

Modification:  01/07/2026: Special condition added: "The defendant shall participate in the global positioning satellite (GPS) technology of the location monitoring program for up to six months, with a curfew schedule to be determined by the probation officer and abide by all rules of the program. The cost of the location monitoring program is waived due to the defendant's inability to pay."

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment and any property under your control to a search.  Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Criminal Monetary Penalty:  Special Assessment $100.00. (Balance $75.00)

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 8595853 | DATE 01/20/2026 |
|---|---|---|---|---|
| NAME GIBSON, Jamaryon Till | | OFFICER Mark T. Burchell | JUDGE Stephen J. Murphy, III | DOCKET # 23-CR-20378-01 |

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition No. 5:** "YOU MUST LIVE AT A PLACE APPROVED BY THE PROBATION OFFICER. IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."<br><br>On December 4, 2025, this writer conducted a home visit to the residence of GIBSON. This writer met with his father, who advised that GIBSON does not reside in the home full-time and that he "comes and goes." On January 13, 2026, this writer spoke to GIBSON's mother via text messages. She advised this writer that GIBSON has not been home, and she was unsure where he is. |
| 2 | **Violation of Standard Condition No. 7:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OFBECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."<br><br>Since the onset of supervision, GIBSON has failed to gain employment. Additionally, GIBSON has never indicated he is seeking employment. |
| 3 | **Violation of Standard Condition No. 9:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."<br><br>On December 21, 2025, at 12:10a.m., The Farmington Hills (Michigan) Police Department contacted GIBSON at a Holiday Inn Hotel in Farmington Hills. GIBSON was sitting in the driver's seat of a vehicle, in a handicap spot. Officers questioned GIBSON, along with asking consent to search the vehicle, in which he denied. GIBSON did not report the police contact to this writer. |

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 8595853 | DATE 01/20/2026 |
|---|---|---|---|---|
| NAME GIBSON, Jamaryon Till | OFFICER Mark T. Burchell | JUDGE Stephen J. Murphy, III | | DOCKET # 23-CR-20378-01 |

**4**    **Violation of Standard Condition No. 13:** "YOU MUST FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION."

On December 8, 2025, GIBSON reported in the office and met with this writer. Due to noncompliant behavior, GIBSON agreed and signed to a modification of up to 180 days participating in the Global Positioning Satellite Technology (GPS). GIBSON was instructed to keep his phone active and that he would be provided a date and time in January 2026 to report for installation of the GPS. On January 12, 2026, this writer sent numerous text messages to GIBSON, on his phone that we have communicated with each other on numerous times. GIBSON was instructed to report in office on January 13, 2026, which he failed to do. Writer again attempted to contact GIBSON to no avail. On January 12, 2026, this writer contacted GIBSON's mother who advised she has not spoken to GIBSON and does not know where he is. On January 13, 2026, this writer contacted GIBSON's mother again, who advised she has not heard from him. She advised she is unaware of his whereabouts but is willing to cooperate with law enforcement if needed.

**5**    **Violation of Special Condition:** "YOU MUST PARTICIPATE IN AN OUTPATIENT SUBSTANCE ABUSE TREATMENT PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER, WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.)."

On January 27, 2025, GIBSON completed a substance abuse assessment at Shanle Psychological Services, located in Grosse Pointe, Michigan. It was recommended that GIBSON attend individual outpatient treatment sessions at a frequency of one time per month. According to his therapist, GIBSON has missed all appointments since his assessment and has failed to return his therapist phone calls.

| I declare under penalty of perjury that the foregoing is true and correct. SENIOR PROBATION OFFICER s/Mark T. Burchell/djl/slg 313-234-5478 | DISTRIBUTION Court |
|---|---|
| SUPERVISING PROBATION OFFICER s/Christina Wilkerson 313-234-5460 | PROBATION ROUTING Data Entry |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 8595853 | DATE 01/20/2026 |
|---|---|---|---|---|
| **NAME** GIBSON, Jamaryon Till | **OFFICER** Mark T. Burchell | **JUDGE** Stephen J. Murphy, III | | **DOCKET #** 23-CR-20378-01 |

**THE COURT ORDERS:**

[ X ]   The issuance of a warrant

[ ]   Other

 s/Stephen J. Murphy, III
 Chief United States District Judge

 January 21, 2026
 Date

Page **4** of **4**